FILED
U.S. DISTRICT COURT

2012 DEC -4  A 10: 25

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| WILLIAM CLAYTON COX and ANGIE S. COX,<br><br>Plaintiffs,<br><br>vs.<br><br>BEN A. PICKLESIMER; et al.,<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:11-cv-1058<br>Judge Dee Benson |

Before the court is the Report and Recommendation issued by United States Magistrate Judge Evelyn J. Furse on November 8, 2012, recommending that Plaintiffs' Motion for Extension of Time to Serve Defendants be granted and Defendants' Motion to Dismiss be denied.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the court ADOPTS the Report and Recommendation.

1

Plaintiffs' Motion for Extension of Time to Serve Defendants is GRANTED and Defendants' Motion to Dismiss is DENIED.

IT IS SO ORDERED.

DATED this 29th day of December, 2012.

_____
Dee Benson
United States District Judge